IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK C. KENNEY,

    Plaintiff,                                      CIV. S-06-0380-PAN (JFM)

vs.

JO ANNE B. BARNHART,                  <u>ORDER</u>
Commissioner of Social Security,

    Defendant.
_____/

    Plaintiff seeks leave to proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's affidavit is incomplete as it does not disclose the amount of equity in his home, his wife's income, or the ages of his six children.

    Within thirty days from the date of this order plaintiff shall either amend his application to proceed in forma pauperis or pay the required filing fee. If plaintiff does not amend the application or pay the filing fee this court will recommend that this case be dismissed.

Dated: May 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1