IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK C. KENNEY,

      Plaintiff,                                No. S-06-0380 PAN

     vs.

JO ANNE B. BARNHART,              <u>ORDER</u>
Commissioner of Social Security,

                                 /

        Plaintiff is proceeding through counsel.  Plaintiff has filed an in forma pauperis affidavit in which he states that he is presently unemployed and that he has received no monies, from business, profession or self-employment, stocks, bonds, royalties, rent payments, pensions, welfare or social security payments.  However, plaintiff states his spouse earns $6,195.51 gross wages per month and nets $4,379.50.  Plaintiff also states that he owns his home with the approximate value of $450,000.00, with equity in the amount of $250,000.00.  Plaintiff also owns a 2006 Honda Odyssey, which has $11,162.19 financed against it at the monthly rate of $269.84.  Plaintiff has $100.00 in a Wells Fargo bank account.

        Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a).  The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28

1  U.S.C. § 1915(a).  The amount of plaintiff's family earnings shows that plaintiff is able to pay the
2  filing fee and costs.  Thus, plaintiff has made an inadequate showing of indigency.  See
3  Alexander v. Carson Adult High Sch., 9 F.3d 1448 (9th Cir. 1993); California Men's Colony v.
4  Rowland, 939 F.2d 854, 858 (9th Cir. 1991); Stehouwer v. Hennessey, 841 F. Supp. 316, (N.D.
5  Cal. 1994).  Plaintiff will therefore be granted twenty days in which to submit the appropriate
6  filing fee to the Clerk of the Court.  Plaintiff is cautioned that failure to pay the fee will result in a
7  recommendation that the application to proceed in forma pauperis be denied and the instant
8  action be dismissed without prejudice.
9         Accordingly, IT IS HEREBY ORDERED that, within twenty days from the date
10 of this order, plaintiff shall submit the appropriate filing fee.
11 DATED:  July 21, 2006.

UNITED STATES MAGISTRATE JUDGE

15 001; kenney.den