IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK C. KENNEY,

    Plaintiff,                              No. CIV S-06-0380 PAN

    vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.                          FINDINGS & RECOMMENDATIONS

                              /

        By order filed July 21, 2006, plaintiff was ordered to submit the appropriate filing fee within twenty days because plaintiff had failed to make an adequate showing of indigency. Plaintiff was cautioned that failure to pay the fee would result in a recommendation that the application to proceed in forma pauperis be denied and the instant action be dismissed without prejudice. Twenty days have now expired, and plaintiff has not paid the filing fee or otherwise responded to the court's order.

        IT IS HEREBY RECOMMENDED that plaintiff's application to proceed in forma pauperis be denied and the instant action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

/////

1       These findings and recommendations are submitted to the United States District
2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days
3 after being served with these findings and recommendations, plaintiff may file written objections
4 with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
5 and Recommendations."  Plaintiff is advised that failure to file objections within the
6 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
7 F.2d 1153 (9th Cir. 1991).
8 DATED:  September 13, 2006.

                                     UNITED STATES MAGISTRATE JUDGE

/001; kenney.fpf